IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS MOORE, | CIVIL ACTION |
| Petitioner, | |
| v. | No. 14-1148 |
| COMMONWEALTH OF PENNSYLVANIA, et al., | |
| Respondent. | |

## O R D E R

**AND NOW**, this 21st day of July, 2014, upon consideration of Petitioner, Thomas Moore's, Motion for Appointment of Counsel (Doc. No. 7), it is hereby **ORDERED** that said Motion is **DENIED**.

BY THE COURT:

_____
ROBERT F. KELLY
SENIOR JUDGE